```
              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF OHIO
                    WESTERN DIVISION
```

**CIVIL ACTION NO. 1:14-cv-241 (WOB-KLL)**

**LINDSEY WILLIAMS**                                                     **PETITIONER**

**VS.**                                       **<u>JUDGMENT</u>**

**WARDEN, LONDON CORRECTIONAL
INSTITUTION**                                                  **RESPONDENT**

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. 18), and having considered de novo petitioner's objections (Doc. 20), respondent's response (Doc. 22), and petitioner's reply (Doc. 23), and the Court being sufficiently advised,

**IT IS ORDERED** that the objections (Doc. 20) to the Report and Recommendation (Doc. 18) be, and hereby are, **overruled**. The Report and Recommendation of the Magistrate Judge (Doc. 18) be, and hereby is, **adopted** as the findings of fact and conclusions of law of this Court; that respondent's motion to dismiss (Doc. 8) is **granted,** and petitioner's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. 1), is **DISMISSED** with prejudice on the ground that the petition is time-barred under 28 U.S.C. § 2244(d). A certificate of appealability shall not issue with respect to any of the claims alleged herein. Pursuant

to 28 U.S.C. § 1915 (a)(3), any appeal of this judgment would not be taken in "good faith."

This 6th day of May, 2015.



Signed By:
*William O. Bertelsman*
United States District Judge